JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS L CURRY, | Case No. CV 21-1173 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, <u>et</u> <u>al.</u>, | |
| Defendants. | |

  IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 11th day of June, 2021.

/s/
Fernando M. Olguin
United States District Judge