# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRIS L CURRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT, <u>et al.</u>,<br><br>　　　　　Defendants. | Case No. CV 21-1173 FMO (MAAx)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of November, 2021.

/s/<br>
Fernando M. Olguin<br>
United States District Judge